IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES HEADRICK, 27836-177, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | 3:08-CV-1448-D |
| | ) | 3:01-CR-296-D (08) |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

**ORDER**

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

November 16, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE